# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2006

131872

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DOUGLAS MARCEL CORBEAU, Minor.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

STEVE COONS,
      Respondent-Appellant.

_____/

SC: 131872
COA: 264747
Oakland CC
Family Division: 03-677278-NA

On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2006

_____
Clerk

s0905